IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:94-cr-107-2FDW

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v | ) |  |
|  | ) | ORDER |
| LARRY CHISHOLM, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 72 ) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is **DENIED**. Defendant was sentenced under the new guideline range.

**IT IS SO ORDERED**.

Signed: October 13, 2009

Frank D. Whitney
United States District Judge